UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
IN RE:

    JANET PORTER                        Bankruptcy No. 16-13764-mdc

       Debtor                             Chapter 13
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor. Debtor has paid $0.00 to the trustee to-date:

**$650.00 per month for 54 months** of Debtor's Plan beginning December 14, 2016 each month to be distributed by the Trustee under the Plan;

**The plan is funded at $35,100.00**

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 to:

ROACH, LEITE & MANYIN, LLC:                      $1,500.00
Administrative Claim

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

CHASE BANK [TBD]:                                     $0.00
Auto loan (2011 Ford Escape) on-going auto payments will
be tendered post-petition to creditor outside of this Plan.

THE BANK OF NEW YORK MELLON [TBD]:          $35,000.00
Property Address: 438 Main Street, Red Hill, PA 18076
Debtor has applied for a loan modification with this secured creditor.
Upon receipt of the final loan modification debtor will file the appropriate
Motion with the Court. On-going mortgage payments will be tendered
post-petition to creditor outside of this Plan.

(c) Subsequent to-pro rata with dividends to secured creditor, dividends to unsecured creditors whose claims are duly filed and allowed as follows:

**Pro-rata distribution**

    3. The following executory contract of the debtor are rejected:
None

    4. All secured creditors subject to the Chapter 13 Plan as set forth shall retain all liens on the subject property as each security agreement provides.

    5. All liens which may be avoided pursuant to 11 U.S.C. Section 522(f) are hereby avoided.

    6. Title to the debtors' property shall revest in the debtor on confirmation of a plan or upon dismissal of the case after confirmation pursuant to 11 U.S.C. Section 350.

Dated:   12/13/2016      /s/ Janet Porter
                Debtor

Acceptances may be mailed to Robert Leite-Young, Esquire, 6950 Castor Avenue, Philadelphia, PA 19149.