# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janet B. Porter<br>            Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A<br>            Movant<br>    vs. | NO. 16-13764 MDC |
| Janet B. Porter<br>            Debtor | |
| William C. Miller Esq.<br>            Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 31st day of January, 2016, upon the consideration of the Motion of The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A to Annul the Automatic Stay (Document #10), and the Motion of Debtor to Reopen Chapter 13 Case (Document #15), and the responses of the parties thereto, it is hereby ORDERED AND DECREED as follows:

1. Debtor's Motion to Reopen Chapter 13 Case is GRANTED and this case shall proceed in accordance with the provisions of the United States Bankruptcy Code. Debtor shall all Schedules and Chapter 13 Plan within fifteen (15) days from the date of this Order.

2. The Motion of the Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A to Annul the Automatic Stay and confirm the validity of the Sheriff's Sale of the Debtor's real property located at 438 Main Street, Red Hill, Pennsylvania, held on May 25, 2016 is DENIED without prejudice.

3. Movant may file a Motion to Strike the Sheriff's Deed recorded in the Office of the Recorder of Deeds for Montgomery County as a result of the Sheriff's Sale without the necessity of seeking further relief from the automatic stay with this Court.

By the Court:

*Magdeline D. Coleman*
Madgline D. Coleman
United States Bankruptcy Judge

cc: See attached service list

Janet B. Porter
438 Main Street
Red Hill, PA 18076

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532