United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Janet Porter  
      Debtor

Case No. 16-13764-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jan 31, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db          +Janet Porter,    438 Main Street,    Red Hill, PA 18076-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:

       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee, et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Janet  Porter rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com  
       THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janet B. Porter<br>　　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A<br>　　　　　　Movant<br>vs. | NO. 16-13764 MDC |
| Janet B. Porter<br>　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 31st day of January, 2016, upon the consideration of the Motion of The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A to Annul the Automatic Stay (Document #10), and the Motion of Debtor to Reopen Chapter 13 Case (Document #15), and the responses of the parties thereto, it is hereby ORDERED AND DECREED as follows:

1. Debtor's Motion to Reopen Chapter 13 Case is GRANTED and this case shall proceed in accordance with the provisions of the United States Bankruptcy Code. Debtor shall all Schedules and Chapter 13 Plan within fifteen (15) days from the date of this Order.

2. The Motion of the Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A to Annul the Automatic Stay and confirm the validity of the Sheriff's Sale of the Debtor's real property located at 438 Main Street, Red Hill, Pennsylvania, held on May 25, 2016 is DENIED without prejudice.

3. Movant may file a Motion to Strike the Sheriff's Deed recorded in the Office of the Recorder of Deeds for Montgomery County as a result of the Sheriff's Sale without the necessity of seeking further relief from the automatic stay with this Court.

By the Court:

*Magdeline D. Coleman*
Madeline D. Coleman
United States Bankruptcy Judge

cc: See attached service list

Janet B. Porter
438 Main Street
Red Hill, PA 18076

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532