UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANET PORTER                                    Chapter 13

                    Debtor            Bankruptcy No. 16-13764-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___11th___ day of ___May___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                        _____
                        Magdeline D. Coleman
                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-

Debtor:
JANET PORTER

438 MAIN STREET

RED HILL, PA 18076